**BAER TREGER LLP**
Andrew L. Treger (State Bar No. 240637)
atreger@baertreger.com
Tracy Baer (State Bar No. 113309)
tbaer@baertreger.com
Eric G. Rudin (State Bar No. 265471)
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel.: (310) 226-7570
Fax: (310)226-7571

Attorneys for Plaintiffs
WENDY BRIESCH; K. B., a minor; and R. B., a minor

Jason J. Kim (State Bar No. 221476)
kimJ@HuntonAK.com
Kirk A. Hornbeck (State Bar No. 241708)
khornbeck@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendants,
NEXTERA ENERGY OPERATING
SERVICES, LLC and GENESIS SOLAR, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENDY BRIESCH, etc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NEXTERA ENERGY OPERATING SERVICES, LLC, et al.,<br><br>Defendants. | Case No. 5:21-CV-00018 JGB (SHKx)<br><br>Hon. Jesus G. Bernal<br><br>**Report of Settlement Pursuant to Local Rule 16-15.7** |

To The Honorable Jesus G. Bernal and to the Clerk of the Court:

Please be advised that Plaintiffs, WENDY BRIESCH; K. B., a minor; and R. B., a minor; and Defendants, NEXTERA ENERGY OPERATING SERVICES, LLC and GENESIS SOLAR, LLC, collectively referred to as the "Parties" have resolved this matter and are pursuant to Local Rule 16-15.7 writing to advise the Court of the resolution.

Please be further advised that the settlement includes all remaining DOE defendants.

Plaintiffs intend to file an unopposed motion to dismiss under FRCP 41(a) within 28 days, upon consummation of the terms of the settlement. The Parties request that the Court retain jurisdiction to enforce the settlement.

Dated: May 26, 2021

Respectfully submitted,

BAER TREGER LLP

By: /s/ *Andrew L. Treger*
ANDREW L. TREGER
Attorneys for Plaintiffs
WENDY BRIESCH; K. B., a minor; and R. B., a minor

Dated: May 26, 2021

Respectfully submitted,

HUNTON ANDREWS KURTH LLP

By: /s/ *Jason J. Kim*
JASON J. KIM
Attorneys for Defendants,
NEXTERA ENERGY OPERATING SERVICES, LLC and GENESIS SOLAR, LLC

///
///
///
///

**2**
**Report of Settlement Pursuant to Local Rule 16-15.7**

ATTESTATION UNDER LOCAL RULE 5-4.3.4 (2)(i)

I, Andrew L. Treger, am the ECF User whose ID and password are being used to file this Report of Settlement Pursuant to Local Rule 16-15.7. In compliance with Local Rule 5-4.3.4 (2)(i), I hereby attest that JASON J. KIM, counsel for Defendants, has concurred in this filing.

Dated: May 26, 2021

Respectfully submitted,

BAER TREGER LLP

By: /s/ Andrew L. Treger
ANDREW L. TREGER
Attorneys for Plaintiffs,
WENDY BRIESCH; K. B., a minor; and R. B., a minor