**BAER TREGER LLP**
Andrew L. Treger (State Bar No. 240637)
atreger@baertreger.com
Tracy Baer (State Bar No. 113309)
tbaer@baertreger.com
Eric G. Rudin (State Bar No. 265471)
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Tel.: (310) 226-7570
Fax: (310) 226-7571

Attorneys for Plaintiffs
WENDY BRIESCH; K. B., a minor; and R. B., a minor

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY BRIESCH, etc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NEXTERA ENERGY OPERATING SERVICES, LLC, et al., <br><br> Defendants. | Case No. 5:21-CV-00018 JGB (SHKx) <br><br> Hon. Jesus G. Bernal <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Raymond Briesch ("Decedent"), Wendy Briesch, K. B., a minor, and R. B., a minor (collectively, "Plaintiffs") and Defendants NextEra Energy Operating Systems, LLC and Genesis Solar, LLC (together, "Defendants") stipulated to dismiss their claims against Defendants and any extant John Doe defendants with prejudice. For the reasons discussed in the Stipulation concurrently filed by Plaintiffs, and for good cause shown, the Stipulation for Dismissal is GRANTED.

///

///

///

1
**ORDER FOR DISMISSAL WITH PREJUDICE**

It is HEREBY ORDERED that pursuant to FED. R. CIV. P. 41(a), Plaintiffs Raymond Briesch ("Decedent"), Wendy Briesch, K. B., a minor, and R. B., a minor's claims against Defendants NextEra Energy Operating Systems, LLC and Genesis Solar, LLC and any extant John Doe defendants are dismissed with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: June 15, 2021

_____
The Honorable Jesus G. Bernal
United States District Judge